UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANDREW SALES,

        Plaintiff,

    v.                                                                                     No. 08-cv-884-JPG

JOHN URANKAR and GATEWAY AUTOMOTIVE,

        Defendants.

**JUDGMENT**

      This matter having come before the Court, the issues having been heard, and the Court

having rendered a decision,

      IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Andrew Sales's claims in

Count 1 of the complaint are dismissed with prejudice; and

      IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Andrew Sales's claims in

Counts 2 and 3 of the complaint and all counterclaims of Gateway Automotive are dismissed

without prejudice.

**DATED:  June 22, 2009**               **JUSTINE FLANAGAN, Acting Clerk**


                                                  **s/Brenda K. Lowe, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**