UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANDREW SALES,

    Plaintiff,

v.

JOHN URANKAR and GATEWAY AUTOMOTIVE,

    Defendants.

Case No. 08-cv-884-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Andrew Sales's motion for leave to proceed *in forma pauperis* on appeal (Doc. 31). Sales does not need the Court's permission to proceed on appeal *in forma pauperis* because the Court determined at the trial level that he was permitted to proceed *in forma pauperis*. "A party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization" unless the district court certifies or a statute provides otherwise. Fed. R. App. P. 24(a)(3). The Court has not and will not certify that Sales should not be allowed to continue as a pauper, and no statute forbids it. Therefore, Sales already has the authorization he needs, and the motion for leave to appeal *in forma pauperis* (Doc. 31) is **DENIED as moot.**

**IT IS SO ORDERED.**
**DATED: July 7, 2009**

                                                  s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**